IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 10-cr-00078-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY THOMAS BURNS,

        Defendant.

_____

**MOTION TO DETERMINE COMPETENCY AND INSANITY
OF THE DEFENDANT**

_____

COMES NOW the defendant Gregory Thomas Burns ("Mr. Burns"), by and through Assistant Federal Public Defender Matthew C. Golla and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242. In support of this motion, counsel states as follows:

    1.    18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency. The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

2. Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition and need for medication.

3. Defendant apparently has been under the care of various mental health professionals since attending college ten years ago. He suffers from paranoid schizophrenia. The current case involves allegations of Mr. Burns attempting to open an airplane door 30,000 feet above the plains of Kansas. After Mr. Burns' arrest, counsel received phone calls from a doctor in the New York area who expressed concerns about Mr. Burns' competency. This same doctor contacted the Marshals Office and the United States Attorney assigned to this case.

4. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Burns is competent to proceed to trial.

5. In light of Mr. Burns' mental health history and discussions with him, undersigned counsel also requests that pursuant to 18 U.S.C. §4242 that a psychiatric evaluation of the defendant be conducted pursuant to 18 U.S.C. § 4242(b) and (c) to determine whether Mr. Burns was insane at the time of the alleged offense.

6. Counsel has discussed this motion with Assistant United States Attorney Ryan Bergsieker, and he does not oppose the motion.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2010, I electronically filed the foregoing

**MOTION TO DETERMINE COMPETENCY AND INSANITY
OF THE DEFENDANT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan Bergsieker, Assistant United States Attorney
 ryan.bergsieker@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Gregory Thomas Burns (via mail)


 s/ Matthew C. Golla
 MATTHEW C. GOLLA
 Attorney for Defendant
 Office of the Federal Public Defender
 633 17th Street, Suite 1000
 Denver, CO   80202
 Telephone:  (303) 294-7002
 FAX:  (303) 294-1192
 Matt_Golla@fd.org