IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 10-cr-00078-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY THOMAS BURNS,

    Defendant.

## ORDER FOR PSYCHIATRIC EVALUATION OF DEFENDANT

The Court being fully advised in the premises, it is hereby **ORDERED** that:

1. Dr. Saul Faerstein shall perform a psychiatric evaluation of Defendant pursuant to 18 U.S.C. §§ 4241(a) and 4242(a).

2. On or before April 16, 2010, counsel for the Government shall provide Dr. Faerstein with the Complaint, Affidavit in Support of Complaint, Indictment, and all discovery in the case.

3. On or before April 16, 2010, defense counsel shall provide Dr. Faerstein with all of Defendant's psychiatric medical records that are in defense counsel's possession.

4. Dr. Faerstein shall prepare a report based on his evaluation of Defendant. As required by 18 U.S.C. § 4247(c), this report shall include (a) Defendant's history and present symptoms; (b) a description of the psychiatric, psychological, and medical tests that were employed by Dr. Faerstein and their results; (c) Dr. Faerstein's findings; (d) Dr. Faerstein's opinions as to diagnosis, prognosis, and

whether Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense; and (e) whether Defendant was insane at the time of the offense charged.

5. On or before June 7, 2010, Dr. Faerstein shall provide copies of this report to the Court, counsel for the Government, and defense counsel.

DATED this 14th day of April, 2010.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge