## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 17, 2010 |
| Court Reporter: Paul Zuckerman | |

Criminal Action No. 10-cr-00078-MSK

*Parties*:                                                                                     *Counsel Appearing:*

UNITED STATES OF AMERICA,                                    Ryan Bergsieker

       Plaintiff,

v.

GREGORY THOMAS BURNS,                                        Matthew Golla

       Defendant.

## COURTROOM MINUTES

HEARING: Competency Hearing

**1:34 p.m.**      **Court in session.**

Defendant is on bond and appears by phone.

The Court addresses the competency report of Dr. Faerstein.

Statements from both counsel.

**ORDER:**      The request for determination of competence is **GRANTED**. Mr. Burns is competent to stand trial to and to assist in his defense.

There is no request from counsel that the competency report be sealed for the record.

The Court addresses setting the matter for trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** A Notice of Disposition, if applicable, will be filed by **5:00 p.m. on September 24, 2010.** If none is filed, this case will be referred to another judge for trial and future proceedings, including sentencing.

**1:42 p.m.** **Court in recess.**

**Total Time: 8 minutes.**
**Hearing concluded.**