UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00078-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. GREGORY THOMAS BURNS,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#43)** on September 23, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 12, 2010,** at **2:30 p.m.** before the Honorable David M. Ebel, Courtroom C202, Byron Rogers Courthouse, 1823 Stout Street, Denver, Colorado.

Dated this 24th day of September, 2010.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge